UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                              :        Chapter 11
                                                   :
YOSI SHEMTOV,                                      :
                                                   :        Case No. 09-44229 (JF)
                                                   :
                        Debtor.                    :
-------------------------------------------------------X

## ORDER DISMISSING CASE

**WHEREAS**, on May 22, 2009, Yosi Shemtov (the "Debtor") commenced the above-captioned case by filing a petition for relief under chapter 11 of Title 11 of the United States Code; and

**WHEREAS**, on April 9, 2010, the Court, pursuant to 11 U.S.C. § 105(d)(2)(B), entered an Order directing that, on or before June 15, 2010, the Debtor file and serve a chapter 11 plan and disclosure statement upon all parties in interest, with a courtesy copy to the Court; and

**WHEREAS**, the Debtor failed to file or serve a chapter 11 plan or disclosure statement on or before June 15, 2010; and

**WHEREAS**, pursuant to 11 U.S.C. § 1112(b)(4)(J), failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by an Order of the Court constitutes cause for dismissal of a chapter 11 case; it is hereby

**ORDERED**, that the case of Yosi Shemtov, commenced under chapter 11 of the Bankruptcy Code, be and hereby is dismissed for cause pursuant to 11 U.S.C. § 1112(b)(4)(J); and it is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash

disbursements, if any, for the relevant period.

Dated: Brooklyn, New York
      July 8, 2010

                                              s/Jerome Feller
                                              HONORABLE JEROME FELLER
                                              UNITED STATES BANKRUPTCY JUDGE